Lawrence L. WELLER, Appellant, v. HORSE HEAVEN IRRIGATION DISTRICT, etc., et al., Appellees.

No. 7067.

Circuit Court of Appeals, Ninth Circuit.

Oct. 16, 1933.

W. F. Crowe, of Walla Walla, Wash., for appellant.

Harold H. Hartman, of Seattle, Wash., Fred J. Cunningham, of Spokane, Wash., and Warren H. Lewis, of Seattle, Wash., for appellees Hartman and others.

F. B. Sharpstein, of Walla Walla, Wash., for appellees Horse Heaven Irrigation District and Directors.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for all parties, ordered appeal dismissed; mandate forthwith.

Charles E. WESTBROOK v. Fred G. ZERBST, Warden.

No. 876.

Circuit Court of Appeals, Tenth Circuit.

May 12, 1933.

Charles E. Westbrook, pro se.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellant.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for want of merit.